Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL HEEB, ROBERTO CLAUDIO
PITRONACI ELLE, ALBERTO GUILLERMO
HILLCOAT and ELENA GRACIELA MARTINEZ,
ENRIQUE SEBASTIAN PALACIO MINETTI,
SEBASTIAN JORGE PALACIO and MARIA
ESTHER FERRER, AJU S.A., CASIMIRO KORNAS,
MIGUEL ALBERTO BALESTRINI and BIBIANA
DELLA FLORA, CARLOS ALBERTO MELCONIAN
AND LIDIA FLORINDA PIOLI, ANA LIDIA
LEIVAS and JUAN DOMINGO BALESTRELLI,

                Plaintiffs,

       -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
-------------------------------------------------------------------x

07 CV 10656

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

      None.

Dated: New York, New York
      November 28, 2007

**DREIER LLP**

By: _____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*