# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHAEL HEEB, ROBERTO CLAUDIO
PITRONACI ELLE, ALBERTO GUILLERMO
HILLCOAT and ELENA GRACIELA MARTINEZ,   **SUMMONS IN A CIVIL CASE**
ENRIQUE SEBASTIAN PALACIO MINETTI,
SEBASTIAN JORGE PALACIO and MARIA
ESTHER FERRER, AJU S.A., CASIMIRO KORNAS,   CASE NUMBER:
MIGUEL ALBERTO BALESTRINI and BIBIANA
DELLA FLORA, CARLOS ALBERTO MELCONIAN
AND LIDIA FLORINDA PIOLI, ANA LIDIA          07 CV 10656
LEIVAS and JUAN DOMINGO BALESTRELLI,

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

To:   (name and address of Defendants)

The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York 10170

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the amended complaint.

**J. MICHAEL McMAHON**                        NOV 2 8 2007
CLERK                                         DATE

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |

STATE OF NEW YORK      )
                       ):ss:
COUNTY OF NEW YORK     )

    JANE DOLAN, being duly sworn, deposes and says:

    I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On November 29, 2007, I caused to be served by hand delivery true copies of the foregoing *Summons and Complaint, Civil Cover Sheet, and Rule 7.1 Statement* on The Republic of Argentina by hand delivering same to Ms. Martha Perez, a representative of Banco de la Nacion Argentina, located at 225 Park Avenue, 3rd Floor, New York, New York 10170, who represented to me that she is authorized to accept service on behalf of The Republic of Argentina. Ms. Perez is an Hispanic woman in her forties,, approximately 5'2" and 130 pounds, with brown/grey hair and wears glasses.

                                 _____
                                   Jane Dolan

Sworn to before me this
4th day of December, 2007

_____
Notary Public

ASENETH WHEELER - RUSSELL
Notary Public, State of New York
No. 01WH6092028
Qualified in Kings County
Commission Expires May 12, 2011

{00310250.DOC;2}