UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MICHAEL HEEB, et al,

                      Plaintiffs,

                - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.
------------------------------------------------------------------------ X

07 Civ. 10656 (TPG)

CERTIFICATE OF
<u>SERVICE</u>

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Republic of Argentina, hereby certify that:

        1.  On the 28th day of January 2008, the Answer of Defendant The Republic of Argentina was served by First Class Mail upon:

> Marc S. Dreier, Esq.
> Joel A. Chernov, Esq.
> Regina M. Alter, Esq.
> Dreier LLP
> 499 Park Avenue
> New York, New York 10022

        2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           January 29, 2008

                                                /s/Richard V. Conza
                                                   Richard V. Conza