UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

MICHAEL HEEB, et al.,

        Plaintiffs,

    - against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

-------------------------------------------------------------------- X

07 Civ. 10656 (TPG)



NOTICE OF APPEAL

JUN 0 6 2008

S.D. OF N.Y.

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the April 22, 2008 *ex parte* temporary restraining order (the "Order"), extended on the record at the April 30, 2008 hearing before the district court, and further extended by consent by the Republic until May 23, 2008, on which date the Order converted by law into an appealable preliminary injunction pursuant to Fed. R. Civ. P. 65.

Dated: New York, New York
       June 6, 2008

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              By: _____
                                 Jonathan I. Blackman (jblackman@cgsh.com)
                                 Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                          One Liberty Plaza
                          New York, New York 10006
                          (212) 225-2000

                          Attorneys for the Republic of Argentina