UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
HEEB, et al.,

       Plaintiffs,

   -against-

THE REPUBLIC OF ARGENTINA,

       Defendant.
------------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

07-CV-10656 (LAP)

  WHEREAS, on February 7, 2009, the Court entered a final judgment, ECF No. 48, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs Michael Heeb, Roberto Claudio Pitronaci Elle, Alberto Guillermo Hillcoat, Elena Graciela Martinez, Enrique Sebastian Palacio Minetti, Sebastian Jorge Palacio, Maria Esther Ferrer, Aju S.A., Casimiro Kornas, Miguel Alberto Balestrini, Bibiana Della Flora, Carlos Alberto Melconian, Lidia Florinda Pioli, Ana Lidia Leivas, and Juan Domingo Balestrelli with respect to plaintiffs' beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

  WHEREAS, plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated:     April 27    , 2020